In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, Respondent.

In the Matter of HENRY F. LESCH, Appellant.

(Argued November 18, 1929; decided December 3, 1929.)

*Frank H. Hiscock* and *Paul Bonynge* for appellant.

*James F. Donnelly, Alfred C. Bennett, John M. Downes* and *Clarence C. Fowler* for Superintendent of Insurance, respondent.

*Frederick B. Campbell* and *Paul C. Whipp* for Moscow Fire Insurance Company, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND CRANE, LEHMAN, KELLOGG, O'BRIEN, and HUBBS, JJ.  Not sitting: CARDOZO, Ch. J.